# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IT IS SO ORDERED.
/s/ Solomon Oliver, Jr.
United States District Judge
11/29/2017

**SHARI LINDENBAUM**, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

**PORTFOLIO RECOVERY ASSOCIATES, LLC**, a Delaware limited liability company,

*Defendant*.

Case No. : 1:17-cv-1895

JUDGE SOLOMON OLIVER, JR.

STIPLUATED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff Shari Lindenbaum ("Plaintiff") and Defendant Portfolio Recovery Associates, LLC ("Defendant") hereby give notice that the above captioned action is being voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice.

Dated: November 27, 2017           Respectfully Submitted,

**SAVETT LAW OFFICES LLC**

By:   /s/Adam T. Savett

Adam T. Savett (VA73387)
adam@savettlaw.com
2764 Carole Lane
Allentown PA 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970

*Attorneys for Plaintiff and the Putative Classes*

**DINSMORE & SHOHL LLP**

By:   /s/ Elizabeth M. Shaffer
Alan H. Abes, Esq. (0062423)
Elizabeth M. Shaffer (0076449)
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
alan.abes@dinsmore.com
elizabeth.shaffer@dinsmore.com

*Attorneys for Defendant
Portfolio Recovery Associates, LLC*